# BELINDA G. BARAKA

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 5:09:27 PM
LISA MATZ
Clerk

Certified Shorthand Reporter

Frank Crowley Courts Building
133 N. Riverfront Boulevard
Office: 214-653-5803

194th Judicial District Court
Dallas, Texas 75207
Fax: 214-653-5805

March 26, 2018

Ms. Lisa Matz
Clerk of the Court
Fifth Court of Appeals
500 Commerce Street – Suite 200
Dallas, TX 75207

RE: Case No.   05-17-00057-CR
                        05-17-00058-CR
         T.C. Case No. F16-10099-M
                              F16-10100-M

Style:  Ken Johnson
            v.
           The State of Texas

Dear Ms. Matz:

Due to my workload, and this particular record is over 2,000 pages, I am asking for additional time in which to file the reporter's record in the above-mentioned cause, making the filing date May 26, 2018.

Sincerely,

\s\Belinda G. Baraka
Belinda G. Baraka
CSR No. 5028